# STATE OF MICHIGAN

# COURT OF APPEALS

In re D. Gach, Minor.

FOR PUBLICATION
April 19, 2016

No. 328714
Livingston Circuit Court
Family Division
LC No. 14-014797-NA

Before: BOONSTRA, P.J., and WILDER and METER, JJ.

METER, J. (*concurring*).

I concur in the decision of the majority but write separately simply to urge the Legislature to amend MCL 712A.19b(3)(*l*) such that it will adequately protect a parent's fundamental liberty interest in the raising of children. See, e.g., Or Rev Stat 419B.502 (indicating that the court shall consider "previous involuntary terminations of the parent's rights to another child if the conditions giving rise to the previous action have not been ameliorated").

/s/ Patrick M. Meter

-1-